UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANTHONY AQUINO,<br><br>        Plaintiff,<br><br>    v.<br><br>LESLIE SALVADOR,<br><br>        Defendant. | Case No. 24-cv-04470-SVK<br><br>**ORDER TO SHOW CAUSE** |

On September 27, 2024, the Court denied Plaintiff's application to proceed *in forma pauperis* ("IFP") without prejudice because the application failed to provide all necessary information. Dkt. 17. The Court set a deadline of October 18, 2024 for Plaintiff to either (1) pay the filing fee or (2) file a renewed IFP application on this District's form IFP application that contains all requested information. *Id.* As of the date of this order, Plaintiff has neither paid the filing fee nor filed a renewed IFP application. Accordingly, the Court **ORDERS** Plaintiff to show cause why this case should not be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). If Plaintiff wishes to attempt to proceed with this action, he must either respond to this order or pay the $405.00 filing fee by **December 2, 2024.** Failure to do so will result in this Court ordering that the case be reassigned to a District Judge with a recommendation that it be dismissed with prejudice.

**SO ORDERED.**

Dated: November 1, 2024

SUSAN VAN KEULEN
United States Magistrate Judge